Misc. No. 11–8036/MC.  Hugo Valentin, CCA 201000683, Appellants v. Commandant, United States Disciplinary Barracks, Fort Leavenworth, Commanding Officer, Naval Consolidated Brig, Charleston, Appellees

Notice is hereby given that writ-appeal petitions for review of the decision of the United States Navy–Marine Corps Court of Criminal Appeals on application for extraordinary relief in the nature of a writ of habeas corpus or mandamus were filed in the above cases under Rule 27(b) on this date.

Tuesday, May 24, 2011

No. 11–5001/NA.  U.S., Appellant, v. Justin H. McMurrin, Appellee.  CCA 200900475.  On consideration of Appellant's petition for reconsideration of this Court's decision in the above–captioned case, 70 M.J. 15 (C.A.A.F. 2011), it is ordered that said petition for reconsideration be, and the same is, hereby denied.

No. 11–0231/AR.  U.S. v. William J. Kreutzer, Jr.  CCA 19961044.  Appellee's motion to extend time to file a brief granted, ***up to and including June 16, 2011***, and ***absent extraordinary circumstances, no further extension of time will be granted in this case***.

No. 11–0476/AR.  U.S. v. Berttran L. Tiller.  CCA 20080438.  Appellant's motion to extend time to file the supplement to the petition for grant of review granted, up to and including June 6, 2011.

No. 11–8027.  In Re Justin H. McMurrin, Petitioner v. The Honorable Ray Mabus, Secretary of the Navy, and Commanding Officer, Naval Consolidated Brig, Charleston, Respondents.  On consideration of the petition for extraordinary relief in the